UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Donald Wayne Albers | § | Case No. 17-01190-DD |
| Janet Horrell Albers | § | |
| | § | |
| | § | |
| Debtors | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/09/2017. The undersigned trustee was appointed on 03/09/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| 4. The trustee realized gross receipts of | $ | 149,800.00 |
|---|---|---|
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 25,003.75 |
| Bank service fees | | 135.46 |
| Other payments to creditors | | 25,778.97 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 9,327.01 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 89,554.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/24/2017 and the deadline for filing governmental claims was 09/05/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,273.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,273.65, for a total compensation of $ 10,273.65 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 202.60, for total expenses of $ 202.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2018            By: /s/Michelle L. Vieira
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-01190 | DD | Judge: | David R. Duncan | Trustee Name: | Michelle L. Vieira |
|---|---|---|---|---|---|---|
| Case Name: | Donald Wayne Albers | | | | Date Filed (f) or Converted (c): | 03/09/2017 (f) |
| | Janet Horrell Albers | | | | 341(a) Meeting Date: | 04/20/2017 |
| For Period Ending: | 07/24/2018 | | | | Claims Bar Date: | 07/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2100 Sea Mountain Hwy #428, North Myrtle Beach, SC 29582 | 86,000.00 | 86,000.00 | | 0.00 | FA |
| 2. 3934 Palm Street, Bolivia Nc 28422 | 100,260.00 | 100,260.00 | | 0.00 | FA |
| 3. 1395 Pilot Ridge Rd, Blowing Rock NC 28605 | 56,400.00 | 56,400.00 | | 97,800.00 | FA |
| 4. 1369 Quail Ridge Loop Ne, Leland NC 28451 | 72,000.00 | 72,000.00 | | 52,000.00 | FA |
| 5. 2013 Kia Soul | 9,850.00 | 9,850.00 | | 0.00 | FA |
| 6. 2015 Toyota Sienna | 28,150.00 | 28,150.00 | | 0.00 | FA |
| 7. Household Goods & Furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods & Furnishings in Cabin | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Television And Computer | 500.00 | 0.00 | | 0.00 | FA |
| 10. Clothing & Shoes | 300.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Set And Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 12. Dog | 50.00 | 0.00 | | 0.00 | FA |
| 13. Checking Account - SECU | 23.00 | 0.00 | | 0.00 | FA |
| 14. Savings Account - SECU | 254.99 | 0.00 | | 0.00 | FA |
| 15. Checking Account - Riegelwood FCU | 870.00 | 0.00 | | 0.00 | FA |
| 16. Savings Account - Riegelwood FCU | 25.00 | 0.00 | | 0.00 | FA |
| 17. Internation Paper Retirement Account | 0.00 | 0.00 | | 0.00 | FA |
| 18. Expected Tax Refund, Federal & State | 1,300.00 | 0.00 | | 0.00 | FA |
| 19. Insurance Policy with NC Southern Farm Bureau | 0.00 | 0.00 | | 0.00 | FA |
| 20. Insurance Policy with NC Southern Farm Bureau | 0.00 | 0.00 | | 0.00 | FA |
| 21. Insurance Policy with West Coast Life | 0.00 | 0.00 | | 0.00 | FA |
| 22. Insurance Policy with West Coast Life | 0.00 | 0.00 | | 0.00 | FA |
| 23. Insurance Policy with American Income Life | 0.00 | 0.00 | | 0.00 | FA |
| 24. Insurance Policy with Boston Mutual Life | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-01190 | DD | Judge: | David R. Duncan | Trustee Name: | Michelle L. Vieira |
|---|---|---|---|---|---|---|
| Case Name: | Donald Wayne Albers | | | | Date Filed (f) or Converted (c): | 03/09/2017 (f) |
| | Janet Horrell Albers | | | | 341(a) Meeting Date: | 04/20/2017 |
| For Period Ending: | 07/24/2018 | | | | Claims Bar Date: | 07/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Insurance Policy with Boston Mutual Life | 0.00 | 0.00 | | 0.00 | FA |
| 26. Insurance Policy with Cuna Mutual | 0.00 | 0.00 | | 0.00 | FA |
| 27. Insurance Policy with Cuna Mutual | 0.00 | 0.00 | | 0.00 | FA |
| 28. Insurance Policy with Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 29. Insurance Policy with Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 30. Insurance Policy with Met Life | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $361,282.99         $352,660.00         $149,800.00         $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 2017:  This case has two parcels of real estate that appear to have value to the estate.  The first parcel is a cabin in the NC mountains that has no mortgage.  The realtor that looked at the cabin said he wouldn't list it and indicated it had little value.  I know the area and feel his opinion is not accurate.  I intend to get a second opinion on value.  The second parcel is vacant land that is subject to a mortgage with Conway National Bank.  However, the mortgage lien does not cover the full 5 lots so we will need to work with the bank to achieve a sale and split on the money.

August 17:  The real estate is being marketed.

10 17:  Jack Cobb hired to sell real estate.

2-13-18
Notice of sale of 5 lots was filed with an expected closing date in March or early April 18.

3-29-18 Notice of sale of the cabin was filed.  There were 5 offers on the property with the highest and best being $99k cash.
4-6-18  A higher cash bid was received and now the cabin will be auctioned on the May 15, 2018 court date.

6/7/18 The higher bid withdrew and the backup bidder purchased the property for 97,800.

Two objections were filed to claims.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Current notice of sale on file and set for court auction on May 15, 2018 |
| RE PROP # | 2 | -- | Parcel#: 234HH039. Current fair market value: $100,260.00. Debtors are surrendering interest in property |
| RE PROP # | 3 | -- | Parcel#: 18860001766900000. Current fair market value: $56,400.00. Debtors are surrendering interest in property. ($9,327.01 of unused homestead exemption towards debtors' aggregate interest)<br><br>A sale of this property will take place in Court on May 15, 2018. |
| RE PROP # | 4 | -- | MLS#: 100022393. 5 lots sold as one piece of land - 4.72 acres. Current Zestimate value: $72,000. Debtors are surrendering interest in property |
| RE PROP # | 5 | -- | Mileage: 54,000 |
| RE PROP # | 6 | -- | Mileage: 30,000 |
| RE PROP # | 7 | -- | Kitchen appliances, stove, refrigerator, washer, dryer, living room furniture, bedroom furniture, dining room furniture, yard tools |
| RE PROP # | 8 | -- | Kitchen appliances, stove, refrigerator, washer, dryer, living room furniture, bedroom furniture, dining room furniture in cabin |
| RE PROP # | 13 | -- | Account #6081 |
| RE PROP # | 14 | -- | Account #4574 |
| RE PROP # | 15 | -- | Account #6012 |
| RE PROP # | 16 | -- | Account #6111/6012 |
| RE PROP # | 17 | -- | Acct #3101. No current value. Debtor receives $1,421.77 per month. |
| RE PROP # | 18 | -- | $1,300 of unused homestead exemption towards debtors' aggregate interest |
| RE PROP # | 19 | -- | Acct #1646. Donald Albers beneficiary. Death value: $50,000 |
| RE PROP # | 20 | -- | Acct #9134. Janet Albers beneficiary. Death value: $50,000 |
| RE PROP # | 21 | -- | Acct #3398. Donald Albers beneficiary. Death value: $150,000 |
| RE PROP # | 22 | -- | Acct #3398. Janet Albers, beneficiary. 4100,000 death benefit |
| RE PROP # | 23 | -- | Acct #3752. Janet Albers beneficiary. Death value: $15,000 |
| RE PROP # | 24 | -- | Acct #0076. Janet Albers beneficiary. Death Value: 15,000 |
| RE PROP # | 25 | -- | Acct #0076. Donald Albers beneficiary. Death Value: $15,000 |
| RE PROP # | 26 | -- | AAcct #5900. Donald Albers beneficiary. Death Value: $20,000 |
| RE PROP # | 27 | -- | Acct #5900. Janet Albers beneficiary. Death Value: $20,000 |
| RE PROP # | 28 | -- | Acct #4667. Donald Albers beneficiary. Death Value: $60,000 |
| RE PROP # | 29 | -- | Acct #3081. Janet Albers beneficiary. Death Value: $190,000 |
| RE PROP # | 30 | -- | Acct #77Pr. Donald Albers beneficiary. Death value: $102,000 |

Initial Projected Date of Final Report (TFR): 04/01/2018        Current Projected Date of Final Report (TFR): 08/01/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-01190 | Trustee Name: | Michelle L. Vieira |
| Case Name: | Donald Wayne Albers | Bank Name: | BOK Financial |
| | Janet Horrell Albers | Account Number/CD#: | XXXXXX1231 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2668 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 07/24/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/18 | 4 | Christopher Albertson | Sale Proceeds | 1110-000 | $877.50 | | $877.50 |
| 04/24/18 | | Christopher Albertson | Sale Proceeds | | $20,005.99 | | $20,883.49 |
| | | | Gross Receipts $51,122.50 | | | | |
| | | Conway National Bank | First Mortgage payoff ($25,017.72) | 4110-000 | | | |
| | | Intercoastal Realty | Real Estate Broker Fees ($3,640.00) | 3510-000 | | | |
| | | Cobb & Sabbagha | Real Estate Broker Fees ($1,560.00) | 3510-000 | | | |
| | | Barton Brimm | Reimbursement of Filing Fee and service fee ($222.10) | 2700-000 | | | |
| | | Brunswick County Tax Office | 2016 and 2017 Property Taxes ($470.94) | 2820-000 | | | |
| | | Brunswick County Recording fees | Tax stamps ($104.00) | 2500-000 | | | |
| | | Brunswick County | 2018 prorata taxes ($101.75) | 2820-000 | | | |
| | 4 | | 1369 Quail Ridge Loop Ne, Leland NC 28451 $51,122.50 | 1110-000 | | | |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.88 | $20,854.61 |
| 06/07/18 | | Gentry | Sale of 1395 Pilot Ridge Road | | $80,474.97 | | $101,329.58 |
| | | | Gross Receipts $97,800.00 | | | | |
| | | Avery County NC taxes | County Taxes ($132.58) | 2820-000 | | | |
| | | Donald and Janet Albers | Exemption ($9,327.01) | 8100-002 | | | |
| | | Jack Cobb | Repairs, etc. ($789.19) | 2500-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $101,358.46 | $28.88 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 17-01190  
Case Name: Donald Wayne Albers  
Janet Horrell Albers  
Taxpayer ID No: XX-XXX2668  
For Period Ending: 07/24/2018

Trustee Name: Michelle L. Vieira  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX1231  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | 2015-2017 Avery County taxes | County Real estate taxes ($761.25) | 4700-000 | | | |
| | | Keller Williams High Country | Buyer Agent Commission ($2,934.00) | 3510-000 | | | |
| | | Blowing Rock Properties | Seller Sub Agent ($2,200.50) | 3510-000 | | | |
| | | Jack Cobb | Seller Agent ($733.50) | 3510-000 | | | |
| | | Avery County Recorder | State Tax Stamps ($196.00) | 2500-000 | | | |
| | | Barton Brimm | Reimbursement of filing fee ($181.00) | 2700-000 | | | |
| | | Robert Angle | Courier Fees ($70.00) | 2500-000 | | | |
| | 3 | | 1395 Pilot Ridge Rd, Blowing Rock NC 28605   $97,800.00 | 1110-000 | | | |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $106.58 | $101,223.00 |
| 07/24/18 | 101 | Barton Brimm, PA | Attorney fees and Costs | | | $11,668.19 | $89,554.81 |
| | | Barton Brimm, PA | Attorney fees ($11,447.50) | 3210-000 | | | |
| | | Barton Brimm, PA | Attorney Expenses ($220.69) | 3220-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $101,358.46 | $11,803.65 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $101,358.46 | $11,803.65 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $101,358.46 | $11,803.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $0.00    $11,774.77

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1231 - Checking | $101,358.46 | $11,803.65 | $89,554.81 |
|  | $101,358.46 | $11,803.65 | $89,554.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $48,441.54 |
| Total Net Deposits: | $101,358.46 |
| Total Gross Receipts: | $149,800.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-01190-DD                                                                                                                          Date: July 24, 2018
Debtor Name: Donald Wayne Albers
Claims Bar Date: 7/24/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Michelle L. Vieira<br>P O Box 1480<br>Murrells Inlet, SC 29576 | Administrative | | $0.00 | $10,273.65 | $10,273.65 |
| 100 2200 | Michelle L. Vieira<br>P O Box 1480<br>Murrells Inlet, SC 29576 | Administrative | | $0.00 | $202.60 | $202.60 |
| 1 300 7100 | Gwendolyn E Strickland<br>Gwen Strickland<br>Gwendolyn E Strickland<br>1870 Mcneill Rd<br>Fair Bluff Nc 28439 | Unsecured | Allow as General Unsecured | $0.00 | $9,400.00 | $9,400.00 |
| 4 300 7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | Allow as General Unsecured | $0.00 | $6,941.04 | $6,941.04 |
| 5 300 7100 | Onemain Financial Services, Inc.<br>Po Box 3251<br>Evansville, In 47731 | Unsecured | Allow as General Unsecured | $0.00 | $8,058.57 | $8,058.57 |
| 6 350 7200 | Dyck-O"neal, Inc.<br>P.O. Box 601549<br>Dallas, Tx 75360 | Unsecured | The claim was filed beyond the claims bar date.  As such, the claim will be allowed as tardily filed unsecured. | $0.00 | $66,046.12 | $66,046.12 |
| 2 400 4110 | Brunswick County Revenue<br>Attn: Teressa Price<br>Po Box 29<br>Bolivia Nc 28422 | Secured | This claim was paid when the real estate in question was sold.  This claim has been satisfied.  Disallow. | $0.00 | $2,207.86 | $0.00 |
| 3 400 4110 | The Conway National Bank<br>C/O Graham S. Mitchell<br>Nelson Mullins Riley & Scarborough Llp<br>P.O. Box 11070<br>Columbia, Sc 29211 | Secured | This claim was withdrawn. | $0.00 | $45,983.34 | $0.00 |
| | Case Totals | | | $0.00 | $149,113.18 | $100,921.98 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-01190-DD
Case Name: Donald Wayne Albers
    Janet Horrell Albers
Trustee Name: Michelle L. Vieira

    Balance on hand    $    89,554.81

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Michelle L. Vieira | $ 10,273.65 | $ 0.00 | $ 10,273.65 |
| Trustee Expenses: Michelle L. Vieira | $ 202.60 | $ 0.00 | $ 202.60 |

    Total to be paid for chapter 7 administrative expenses    $    10,476.25

    Remaining Balance    $    79,078.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,399.61  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Gwendolyn E Strickland | $ 9,400.00 | $ 0.00 | $ 9,400.00 |
| 4 | Synchrony Bank | $ 6,941.04 | $ 0.00 | $ 6,941.04 |
| 5 | Onemain Financial Services, Inc. | $ 8,058.57 | $ 0.00 | $ 8,058.57 |

Total to be paid to timely general unsecured creditors     $     24,399.61

Remaining Balance     $     54,678.95

Tardily filed claims of general (unsecured) creditors totaling $ 66,046.12  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  82.8  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Dyck-O"neal, Inc. | $ 66,046.12 | $ 0.00 | $ 54,678.95 |

Total to be paid to tardy general unsecured creditors     $     54,678.95

Remaining Balance     $     0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE